IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAR 17 A 9: 42

ANGELA DENISE NAILS,

    Plaintiff,

VS.

RUBY BEAVERS,

    Defendant,

CASE NO.

1:06 CV 250-F

**DEMAND FOR JURY TRIAL**

COMPLAINT OF FAIR HOUSING DISCRIMATION

The plaintiff in the case is suing the defendant because of discrimination while renting one of the defendant apartments at 915 1st AVE S.E. Apartment #7 Aliceville, Alabama 35442. Middle District has Jurisdiction, EXHIBIT A. While living at the apartment tenants were harassing the

plaintiff outside in the parking lot, the sidewalk. Tenants were contuionisly knocking at the plaintiff private door. The defendant manager did nothing. The tenants keep knocking on the front door of the Plaintiff apartment. When talking to the defendant by telephone, the Defendant was not able to tell me that the Defendant could stop the other tenants from knocking at the front door apartment of the plaintiff. Continues knocks from the tenants and the defendant manager and the defendant did nothing to stop the harassment of the tenants. Defendant did not come to the apartments as the Defendant told the Plaintiff over the telephone, to straighten the other tenants. Defendant sent someone else in the Defendant place. And after the visit from the

Defendant Representative to the apartment office, both tenants continued on harassing the plaintiff. Defendant who is the owner of the Arbor Apartments continued to allow the tenants to use name calling to the Plaintiff and knock at the door of the Plaintiff anytime the tenants see fit at anytime during the day or night. Plaintiff tolerated these things to the plaintiff moved from the Arbor Acre Apartments. Prombles of harassing were not stop by the manager of the Arbor Acre Apartments or did the owner of the apartment. Plaintiff contacted the owner and the manager of the apartments again about the harassment of the tenants. The plaintiff is suing the defendant for $1,000.000.00 for discrimination. The Plaintiff is seek relief

under the Fair Housing Act, 42 U.S.C.3601,et seq., Defendant mailing address is Sunbelt Realty office, P.O. Box 2049 Albertsville, Alabama 36702

*Angela Denise Nails*
ANGELA DENISE NAILS

PRO SE