| State of Alabama<br>Unified Judicial System<br><br>Form C-10<br>Page 1 of 2   Rev. 2/95 | **AFFIDAVIT OF SUBSTANTIAL<br>HARDSHIP AND ORDER** | Case Number<br><br>RECEIVED<br>2006 MAR 17 A 9:42 |

IN THE _District_ COURT OF _____, ALABAMA
(Circuit, District, or Municipal)    (Name of County or Municipality)

STYLE OF CASE: _Angela Denise Nails_ v. _Ruby Beavers_
               Plaintiff(s)                  Defendant(s)

TYPE OF PROCEEDING: _Fair Housing_    CHARGE(s) (if applicable): _____

☒ **CIVIL CASE**-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.
☐ **CIVIL CASE**-- (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the court appoint one for me.
☐ **CRIMINAL CASE**-- I am financially unable to hire an attorney and request that the court appoint one for me.
☐ **DELINQUENCY/NEED OF SUPERVISION**-- I am financially unable to hire an attorney and request that the court appoint one for my child/me.

## AFFIDAVIT

**SECTION I.**

1. **IDENTIFICATION**
   Full name _Angela Denise Nails_    Date of birth _Jan 8, 1961_
   Spouse's full name (if married) _____
   Complete home address _342 S. Saint Andrews Street Apt 808_
   _Dothan, Alabama 36301_
   Number of people living in household _1_
   Home telephone number _334 702 9645_
   Occupation/Job _Disabled_    Length of employment _2 years 5 mos._
   Driver's license number _7639414 Alabama_    *Social Security Number _212 78 2867_
   Employer _____   Employer's telephone number _____
   Employer's address _____

2. **ASSISTANCE BENEFITS**
   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply.)
   
   ☐ AFDC    ☐ Food Stamps    ☐ SSI    ☒ Medicaid    ☐ Other _____

3. **INCOME/EXPENSE STATEMENT**
   Monthly Gross Income:
   Monthly Gross Income      $ _824.00 Social Security_
   Spouse's Monthly Gross Income (unless a marital offense)    _0_
   Other Earnings: Commissions, Bonuses, Interest Income, etc.    _0_
   Contributions from Other People Living in Household    _0_
   Unemployment/Workmen's Compensation,
      Social Security, Retirements, etc.    _824.00_ _Line 1 is the same as this line from social security_
   Other Income (be specific) _____    _0_
   **TOTAL MONTHLY GROSS INCOME**    $ _824.00_

   Monthly Expenses:
   A. Living Expenses
      Rent/Mortgage    $ _229.00_
      Total Utilities: Gas, Electricity, Water, etc.    _0_
      Food    _200.00_
      Clothing    _20.00_
      Health Care/Medical    _0_
      Insurance    _0_
      Car Payment(s)/Transportation Expenses    _0_
      Loan Payment(s)    AN ~~788.48~~ _60.00_

*OPTIONAL

| Form C-10 Page 2 of 2   Rev. 2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER |

Monthly Expenses: (cont'd page 1)
Credit Card Payment(s) _____0_____
Educational/Employment Expenses _____0_____
Other Expenses (be specific) _____ __333.00__

Sub-Total      A $ __333.00__

B. Child Support Payment(s)/Alimony    $ __0__
Sub-Total      B $ __0__

C. Exceptional Expenses    $ __0__

TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)   $ __333.00__

Total Gross Monthly Income Less total monthly expenses:

DISPOSABLE MONTHLY INCOME      $ __-16__

4. LIQUID ASSETS:
Cash on Hand/Bank (or otherwise available such as stocks, bonds, certificates of deposit)    $ __140.00__
Equity in Real Estate (value of property less what you owe)   __0__
Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe)   __30.00__
Other (be specific) — video recorder
Do you own anything else of value? ☐ Yes ☒ No
(land, house, boat, TV, stereo, jewelry)   __0__
If so, describe _____

TOTAL LIQUID ASSETS    $ __$170.00__

5. Affidavit/Request
I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

_____ day of _____, _____.

_____
Judge/Clerk/Notary

_Angela Denise Nails_
Affiant's Signature

_Angela Denise Nails_
Print or Type Name

## ORDER OF COURT

**SECTION II.**
IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:
☐ Affiant is not indigent and request is DENIED.
☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows: _____
☐ Affiant is indigent and request is GRANTED.
☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____, is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this _____ day of _____, _____.

_____
Judge