IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, ) | |
| ) | |
| Plaintiff, ) | |
| v.  ) | CASE NO. 1:06-cv-250-MEF |
| ) | |
| RUBY BEAVERS, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Susan R. Walker for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this the 22nd day of March, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE