IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-250-MEF |
| ) | |
| RUBY BEAVERS, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

It is hereby ORDERED:

1. That this Court's order of referral (Doc. #3) dated March 22, 2006 is VACATED.

2. That, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Vanzetta P. McPherson for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 24th day of March, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE