IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELA DENISE NAILS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv250-MEF |
| | ) | |
| RUBY BEAVERS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

For good cause, it is ORDERED:

1. That the Court's order of referral (Doc. # 4), entered March 24, 2006 is VACATED.

2. That this Court's previous order referring this case to Magistrate Judge Susan Russ Walker for all pretrial proceedings pursuant to 28 U.S.C. § 636(b)(1) (Doc. # 3) is hereby reinstated.

Done this the 30th day of March, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE