AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

RECEIVED

**District of** _____    2006 APR -6 A 9: 37

Angela Denise Nails,
Plaintiff,

V.

Ruby Beavers,
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 1:06CV250 -MEF (WO)

I, Angela Denise Nails, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No," go to Part 2).

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? NO    Do you receive any payment from the institution? NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☒ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. BUSY 1080 98 EAST Highway Destin, Fla 32540 $250.00 Month of March 2006. Worked Weekend of March 23 & 24 2006 $250.00 earnings. Month of March 2006.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☒ Yes    ☐ No
   b. Rent payments, interest or dividends    ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments    ☒ Yes    ☐ No
   e. Gifts or inheritances    ☐ Yes    ☒ No
   f. Any other sources    ☐ Yes    ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. Self Employment do not know a monthly take home pay will be. Monthly disability payment $824.00 monthly.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☐ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☒ Yes    ☐ No

   If "Yes," describe the property and state its value. Movie Camra $60.00 Value

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. NO

I declare under penalty of perjury that the above information is true and correct.

April 3, 2006              Angela Denise Nails
Date                       Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

## STATEMENT OF EARNINGS

The Plaintiff has just began working a summer job. The position is 13 to 20 hours per week starting. March 25 and 26 2006 were the first two days of March 2006 to start working. The position will only be a summer position. March 25 and 26 2006 the Plaintiff earn $260.00. The Plaintiff dose not know the earnings each month. When the Position becomes more permanent the Plaintiff will mail the court the number of hours worked and amount earn for each month.

Sincerely,
Angela Denise Nails
*Angela Denise Nails*