IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06cv250-MEF |
| ) | (WO) |
| RUBY BEAVERS, ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 5) filed herein on March 27, 2006, said Recommendation is hereby ADOPTED, and it is the ORDER, JUDGMENT and DECREE of the court that since defendant failed to waive venue, this action is DISMISSED without prejudice for improper venue.

Done this the 17th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE